**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter  13 |
| | ) | |
| Kristopher Oneal Calhoun and | ) | |
| Jessica Leigh Calhoun, | ) | Case No. 16-42570-PWB |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Kristopher Oneal Calhoun | ) | |
| Jessica Leigh Calhoun, | ) | |
| | ) | |
| Objectors | ) | Contested Matter |
| | ) | |
| vs. | ) | |
| | ) | |
| First Associates Loan Servicing, LLC., | ) | |
| | ) | |
| Claimant. | ) | |

-------------------------------------------------------

### NOTICE OF OBJECTION TO PROOF OF CLAIM
### OF FIRST ASSOCIATES LOAN SERVICING, LLC.

PLEASE TAKE NOTICE that Norma Jean Paris has filed an objection to the above referenced claim seeking an order disallowing the claim as secured.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Objection in **Courtroom 342**, U.S. Courthouse, 600 East First Street, Rome Georgia at **10:00 A.M. on October 7, 2020**.

Your rights may be affected.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia, 30161-3187. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 28, 2020

Respectfully submitted,

/s/_____
Dan Saeger
Attorney for Debtors
Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30736
(P) 706-529-5566
dan@whitfieldcountylaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter  13 |
| | ) | |
| Kristopher Oneal Calhoun and | ) | |
| Jessica Leigh Calhoun, | ) | Case No. 16-42570-PWB |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Kristopher Oneal Calhoun | ) | |
| Jessica Leigh Calhoun, | ) | |
| | ) | |
| Objectors | ) | Contested Matter |
| | ) | |
| vs. | ) | |
| | ) | |
| First Associates Loan Servicing, LLC., | ) | |
| | ) | |
| Claimant. | ) | |

-------------------------------------------------------

**NOTICE OF OBJECTION TO PROOF OF CLAIM**
**OF FIRST ASSOCIATES LOAN SERVICING, LLC.**

**COME NOW** Debtors, Kristopher Oneal Calhoun and Jessica Leigh Calhoun, by and through Counsel, and objects to the proof of claim filed on October 17, 2016 by First Associates Loan Servicing, LLC. (Claim Register No. 4)  In support thereof, the Debtors show the following:

1.

Debtor filed a petition constituting an Order For Relief under Title 11 U.S.C. Chapter 13 on October 27, 2016.

2.

Debtor's Chapter 13 Plan was confirmed on January 19, 2017.

3.

On October 17, 2016, First Associates Loan Servicing, LLC. filed a secured claim in the amount of $14,101.31.  (Claim Register No. 4)

4.

Debtors refinanced their home mortgage and this claim was included in the refinanced mortgage amount.

WHEREFORE, Debtor requests that the claim register number 4 not be funded by the Chapter 13 Trustee.

Dated: August 28, 2020

Respectfully submitted,

/s/_____
Dan Saeger
Attorney for Debtors
Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30736
(P) 706-529-5566
dan@whitfieldcountylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing Motion by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed to the below list.  Respondent has been served by Certified Mail in accordance with Fed. R. Bankr. P. 7004(b)(3) and 7004(h) respectively.

First Associates Loan Servicing, LLC
PO Box 503430
San Diego, CA 92128

First Associates Loan Servicing, LLC c/o Law Offices of Gary Holt
2356 Moore Street, Suite 104
San Diego, CA 92110

First Associates Loan Servicing
10182 Telesis Ct
San Diego, CA 92121

First Associates Loan Servicing
Attn: David Johnson, CEO
10182 Telesis Ct
San Diego, CA 92121

Dated: August 28, 2020

/s/_____
Dan Saeger
Attorney for Debtors
Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30736
(P) 706-529-5566
dan@whitfieldcountylaw.com