**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

IN RE:                                                                 CASE NO.: 16-42570-pwb
                                                                                        CHAPTER 13

**Kristopher Oneal Calhoun,**
   Debtor.

**Jessica Leigh Calhoun,**
   Joint Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of LOANDEPOT.COM, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Andrea Betts, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: _\S\Andrea Betts_
   Andrea Betts, Esquire
   Georgia Bar No. 432863
   Email: abetts@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 16, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

KRISTOPHER ONEAL CALHOUN
204 BAILIE LN
CHATSWORTH, GA 30705-7354

JESSICA LEIGH CALHOUN
204 BAILIE LN
CHATSWORTH, GA 30705-7354

And via electronic mail to:

ROBERT SCOTT RICKMAN
RICKMAN & ASSOCIATES, PC
1755 NORTH BROWN ROAD
SUITE 200
LAWRENCEVILLE, GA 30043

MARY IDA TOWNSON
CHAPTER 13 TRUSTEE
285 PEACHTREE CENTER AVE, NE
SUITE 1600
ATLANTA, GA 30303

By: /s/Michael Pezzuto
Michael Pezzuto
Email: mpezzuto@rasflaw.com