## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16-42570-PWB |
| Kristopher Oneal Calhoun and ) | |
| Jessica Leigh Calhoun, ) | |
| ) | Chapter 13 |
| Debtors. ) | |

### MOTION FOR AN EXPEDITED HEARING ON OBJECTION TO CLAIM

Debtor hereby moves this Court pursuant to Bankruptcy Rule 9006, for an expedited hearing on the Debtor's Objection to Claim, respectfully stating:

1.

Debtor requests, on an expedited basis, a hearing on the Objection to Claim that was filed on August 28, 2020. (Doc. 60). This Objection was set for a hearing on October 7th but service was not perfected and as a result the hearing must be reset. The Debtors have enough funds from the sale of their house to pay off 100% of their creditors and the Trustee has already held the funds from the sale in excess of 20 days. After this Objection is heard, the Trustee can pay the claims and release the excess funds so that the Debtors and their 4 children and pets can move into the new home that they have agreed to purchase with the excess funds.

**WHEREFORE,** Debtors respectfully request that this Court grant this relief and allow for an expedited hearing on the Debtors' Objection to Claim, and seek an Order from the Court as follows:

a) Approving Debtors' Motion for an Expedited Hearing on the Objection to Claim; and

    b) For such relief as this Court may deem just and appropriate.

This 13th day of October, 2020.

                                                                      Respectfully Submitted,

                                                                        /s/_____
                                                                        Dan Saeger
                                                                        Attorney for Debtors
                                                                        Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30043
(P) 706-529-5566
dan@whitfieldcountylaw.com

Case 16-42570-pwb    Doc 66    Filed 10/13/20    Entered 10/13/20 16:30:00    Desc Main
Document      Page 2 of 3

## **CERTIFICATE OF SERVICE**

I, Dan Saeger, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Motion for an Expedited Hearing** by First Class Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Jefferson Capital Systems, LLC
Attn Stephen Dirksen – Bankruptcy Specialist
PO Box 7999
Saint Cloud, MN 56302-9617

Jefferson Capital Systems, LLC
16 McLeland Road
St. Cloud, MN 56303

Jefferson Capital Systems, LLC
Corporation Service Company - Registered Agent
40 Technology Pkwy S, Ste 300
Norcross, GA 30092

Mary Ida Townson
Chapter 13 Trustee
285 Peachtree Center Ave
Suite 1600
Atlanta, GA 30303


This 13th day of October, 2020.

/s/
Dan Saeger
Attorney for Debtors
Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30043
(P) 706-529-5566
dan@whitfieldcountylaw.com