**IT IS ORDERED as set forth below:**



Date: October 20, 2020

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 16-42570-PWB |
| Kristopher Oneal Calhoun and | ) | |
| Jessica Leigh Calhoun, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |

### ORDER AND NOTICE OF HEARING

On October 14, 2020, Debtors filed a Motion for an Expedited Hearing on an Objection to Claim. (Docs 66 and 60). Having reviewed the Motion, it is hereby

**ORDERED** that the motion for the expedited hearing is granted and NOTICE IS HEREVY GIVEN the Court will hold a hearing on this matter at <u>10:00 AM on November 4, 2020</u>, in Courtroom 342, United States Courthouse, 600 East First Street, Rome, GA; It is further

**ORDERED** that Debtors' Attorney serve notice of the hearing to all the parties and creditors in this case on the date of the entry of this order by email, facsimile, or overnight mail. Debtors' counsel shall file a certificate of service within one date of the date hereof.

[END OF DOCUMENT]

Prepared by:

  /s/                       
Dan Saeger
Georgia Bar No.680628
SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

**DISTRIBUTION LIST**

Dan Saeger
SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720