

**IT IS ORDERED as set forth below:**

**Date: December 10, 2020**

_Paul W Bonapfel_
_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter  13 |
| Kristopher Oneal Calhoun and | ) | |
| Jessica Leigh Calhoun, | ) | |
| | ) | Case No. 16-42570-PWB |
| Debtors. | ) | |

### ORDER ON MOTION TO PURCHASE HOME AND INCUR DEBT

On December 9, 2020, Debtors filed a "Motion to Incur Debt", seeking to purchase

real property and incur debt.  (Doc. No. 73).   The real property to be purchased is located in

at 3333 Old CCC Camp Rd, Chatsworth, GA 30705.  The Debtors sought to purchase the

property for approximately $439,000, paying $100,000 down and borrowing the remaining

amount.

Furthermore, Debtors will receive a discharge in their Chapter 13 Bankruptcy case

following the entry of an Order on an Objection to the Claim of Jefferson Capital Systems

which was held on December 9, 2020 and was approved without opposition, and

administrative processing by the Chapter 13 Trustee and the Federal Bankruptcy Court of

the Northern District of Georgia.

Accordingly, based on the agreement of the parties and for good cause shown, it

is hereby

**ORDERED** that Debtors' Motion is **GRANTED**.  Debtors may purchase the real

property located at 3333 Old CCC Camp Rd, Chatsworth, GA 30705 and incur the debt

necessary to do so.

**[END OF DOCUMENT]**

Prepared and Presented by:

_/s/_____
Dan Saeger
Georgia Bar No. 680628
SAEGER & ASSOCIATES, PC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566


With Consent:

/s/_____
Brandi L. Kirkland with express permission of Mary Ida Townson
Chapter 13 Trustee
Georgia Bar No. 423627
285 Peachtree Center Ave
Suite 1600
Atlanta, GA 30303

## DISTRIBUTION LIST

All parties on the mailing matrix.