**IT IS ORDERED as set forth below:**



**Date: December 10, 2020**

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| Kristopher Oneal Calhoun and ) | |
| Jessica Leigh Calhoun, ) | |
| ) | Case No. 16-42570-PWB |
| Debtors. ) | |

**ORDER ON MOTION TO PURCHASE HOME AND INCUR DEBT**

On December 9, 2020, Debtors filed a "Motion to Incur Debt", seeking to purchase real property and incur debt. (Doc. No. 73). The real property to be purchased is located in at 3333 Old CCC Camp Rd, Chatsworth, GA 30705. The Debtors sought to purchase the property for approximately $439,000, paying $100,000 down and borrowing the remaining amount.

Furthermore, Debtors will receive a discharge in their Chapter 13 Bankruptcy case following the entry of an Order on an Objection to the Claim of Jefferson Capital Systems which was held on December 9, 2020 and was approved without opposition, and administrative processing by the Chapter 13 Trustee and the Federal Bankruptcy Court of

the Northern District of Georgia.

Accordingly, based on the agreement of the parties and for good cause shown, it is hereby

**ORDERED** that Debtors' Motion is **GRANTED**. Debtors may purchase the real property located at 3333 Old CCC Camp Rd, Chatsworth, GA 30705 and incur the debt necessary to do so.

**[END OF DOCUMENT]**

Prepared and Presented by:

 /s/_____
Dan Saeger
Georgia Bar No. 680628
SAEGER & ASSOCIATES, PC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566


With Consent:

/s/_____
Brandi L. Kirkland with express permission of Mary Ida Townson
Chapter 13 Trustee
Georgia Bar No. 423627
285 Peachtree Center Ave
Suite 1600
Atlanta, GA 30303

## DISTRIBUTION LIST

All parties on the mailing matrix.

United States Bankruptcy Court

Northern District of Georgia

In re:  
Kristopher Oneal Calhoun  
Jessica Leigh Calhoun  
    Debtor(s)

Case No. 16-42570-pwb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-6    User: mks    Page 1 of 3  
Date Rcvd: Dec 11, 2020    Form ID: pdf444    Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jtdb | + | Kristopher Oneal Calhoun, Jessica Leigh Calhoun, 3333 Old CCC Camp Rd., Chatsworth, GA 30705-5225 |
| aty | + | Vanessa A. Leo, Shapiro Pendergast & Hasty, LLP, 211 Perimeter Center Parkway NE, Suite 300, Atlanta, GA 30346-1305 |
| cr | + | Crockett Rentals, LLC, 384 Walnut Hill Road, Bells, TN 38006-4128 |
| cr | + | LOANDEPOT.COM, LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 20273164 | | Account Services LLC, 5959 Shallowford Rd Ste 427, Chattanooga, TN 37421-2288 |
| 20273167 | | CHLD/CBNA Childrens Place, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 20273168 | | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 20273170 | + | Crockett Rentals, P.O. Box 579, Bells, TN 38006-0579 |
| 20387706 | | First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, PO Box 503430, San Diego, CA 92150-3430 |
| 20273172 | | L. Richard Sprouse, MD, 979 E 3rd St # C320, Chattanooga, TN 37403-2136 |
| 20273173 | | Loan Depot, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 21161336 | + | Loan Depot, LLC, 26642 Towne Center Drive, Foothill Ranch, CA 92610-2808 |
| 20273174 | | Orange Lake Capital Management, 8505 W Irlo Bronson Memorial Hwy, Kissimmee, FL 34747-8217 |
| 20273176 | | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 20566300 | + | loanDepot.com, LLC, 425 Phillips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Dec 11 2020 21:04:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2020 21:23:37 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 20296585 | | Email/Text: ally@ebn.phinsolutions.com | Dec 11 2020 21:03:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 20273165 | | Email/Text: ally@ebn.phinsolutions.com | Dec 11 2020 21:03:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 20273166 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 11 2020 21:21:14 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 20448018 | + | Email/Text: bankruptcy@cavps.com | Dec 11 2020 21:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 20273169 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2020 21:04:00 | Comenity Bank/Maurices, PO Box 182789, Columbus, OH 43218-2789 |
| 21621005 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 11 2020 21:05:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 20273171 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 11 2020 21:03:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 20523122 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 113E-6 | User: mks | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: pdf444 | Total Noticed: 36 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Dec 11 2020 21:21:41 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 20492830 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2020 21:04:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 20544360 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2020 21:25:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 22201114 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2020 21:23:36 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 20393219 |  | Email/Text: bnc-quantum@quantum3group.com | Dec 11 2020 21:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 20273175 |  | Email/Text: elevate@ebn.phinsolutions.com | Dec 11 2020 21:06:00 | Rise, 4150 International Plz Ste 300, Fort Worth, TX 76109-4819 |
| 20273178 |  | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 21:25:19 | SYNCB Toro Consumer, PO Box 965036, Orlando, FL 32896-5036 |
| 20273177 |  | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 21:21:11 | Syncb Golfsmith, PO Box 965036, Orlando, FL 32896-5036 |
| 20273179 |  | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 21:25:19 | Syncb/American Eagle, PO Box 965028, Orlando, FL 32896-5028 |
| 20273180 |  | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 21:25:19 | Syncb/Belk, PO Box 965028, Orlando, FL 32896-5028 |
| 20273181 |  | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 21:23:18 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 20273182 |  | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 21:21:11 | Syncb/WalMart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, PO Box 503430, San Diego, CA 92150-3430 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 20314023 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020        Signature:        /s/Joseph Speetjens

| District/off: 113E-6 | User: mks | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: pdf444 | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:**

**Name**           **Email Address**

Andrea Lynn Betts
             on behalf of Creditor LOANDEPOT.COM  LLC abetts@rascrane.com

Bouavone Amphone
             on behalf of Creditor LoanDepot.com  LLC bamphone@alaw.net

Cory Patrick Sims
             on behalf of Creditor LoanDepot.com  LLC csims@alaw.net, anhsalaw@infoex.com

Dan Saeger
             on behalf of Joint Debtor Jessica Leigh Calhoun dan@whitfieldcountylaw.com

Dan Saeger
             on behalf of Debtor Kristopher Oneal Calhoun dan@whitfieldcountylaw.com

Daniel R. Saeger
             on behalf of Joint Debtor Jessica Leigh Calhoun thegeorgialawfirm@gmail.com;dan@whitfieldcountylaw.com

Daniel R. Saeger
             on behalf of Debtor Kristopher Oneal Calhoun thegeorgialawfirm@gmail.com;dan@whitfieldcountylaw.com

Emmett L. Goodman, Jr.
             on behalf of Creditor Crockett Rentals  LLC bkydept@goodmanlaw.org, dwilder@goodmanlaw.org

James E. Albertelli
             on behalf of Creditor LoanDepot.com  LLC BKGA@albertellilaw.com

Mary Ida Townson
             courtdailysummary@atlch13tt.com

R. Jeneane Treace
             on behalf of U.S. Trustee United States Trustee jeneane.treace@usdoj.gov

Robert Scott Rickman
             on behalf of Debtor Kristopher Oneal Calhoun rob@thegeorgialawfirm.com thegeorgialawfirm@gmail.com;robrickman@gmail.com

Robert Scott Rickman
             on behalf of Joint Debtor Jessica Leigh Calhoun rob@thegeorgialawfirm.com thegeorgialawfirm@gmail.com;robrickman@gmail.com

Susan B. Shaw
             on behalf of Creditor LoanDepot.com  LLC BKGA@albertellilaw.com


TOTAL: 14